CLERK'S OFFICE U.S. DIST COURT
AT ROANOKE, VA
FILED

JAN 29 2010

JOHN F. CORCORAN, CLERK
BY:
 DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| JEREMY HUTCHERSON, ) | |
| Plaintiff, ) | Civil Action No. 7:10-cv-00029 |
| ) | |
| v. ) | **FINAL ORDER** |
| ) | |
| JAMES BERKLEY PRIEST, et al., ) | By: Samuel G. Wilson |
| Defendants. ) | United States District Judge |

In accordance with the Memorandum Opinion entered this day, it is hereby **ORDERED** that Hutcherson's request to proceed in forma pauperis is **GRANTED**; this action, pursuant to 42 U.S.C. § 1983, is **DISMISSED** without prejudice as frivolous pursuant to 28 U.S.C. § 1915(e)(2)(B)(i); and this matter is **STRICKEN** from the active docket of the court.

The Clerk of the Court is directed to send a certified copy of this Order and accompanying Memorandum Opinion to the plaintiff.

ENTER: This 29th day of January, 2010.

_____
United States District Judge